UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States of America,

-v-

Vielka Vargas,

          Defendant.

18-cr-526 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On August 13, 2019, Defendant entered into a deferred prosecution agreement with the Government. That same day, the Court allocuted Defendant to the terms of the agreement and excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(2), the time during which the prosecution of Defendant was to be deferred pursuant to the agreement. *See* Dkt. No. 207; Dkt. No. 213. By its terms, the agreement defers prosecution for a period of six months from its signing. Dkt. No. 207. Six months have since elapsed, and the Government has not yet contacted the Court, as it was instructed to do at the agreement's end. *See* Dkt. No. 213 at 4:18–23.

Accordingly, on or before February 27, 2020, the Government shall provide the Court with a status update.

    SO ORDERED.

Dated: February 21, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge